1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN ELLINBERG,                              No.  2:15-cv-1458 AC P

12                  Plaintiff,

13          v.                                    ORDER

14   F.FOULK, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20   statement for the six-month period immediately preceding the filing of his complaint.  See 28

21   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

22   prison trust account statement.

23          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall, within

24   thirty days from the filing date of this order, submit a certified copy of his prison trust account

25   statement for the six-month period immediately preceding the filing of his complaint.  Plaintiff's

26   /////

27   /////

28   /////

                                                      1

1  failure to comply with this order will result in a recommendation that this action be dismissed

2  without prejudice.

3  DATED: July 20, 2015

4

5  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28